(102 So. 927)

Helen STRAUDER v. CITY OF TUSCALOOSA. (6 Div. 539.) (Court of Appeals of Alabama. Nov. 27, 1924.) Appeal from Circuit Court, Tuscaloosa County; Fleetwood Rice, Judge. Violating prohibition ordinance.

PER CURIAM. Appeal dismissed for want of prosecution.

(100 So. 926)

Hellon STRAUGHTER v. STATE. (6 Div. 530.) (Court of Appeals of Alabama. May 20, 1924.) Appeal from Circuit Court, Tuscaloosa County; Fleetwood Rice, Judge. Abusive language.

FOSTER, J. There is no bill of exceptions, and the record fails to disclose any error. The judgment of the circuit court is affirmed. Affirmed.

(100 So. 926)

Jim STRODER v. CITY OF TUSCALOOSA. (6 Div. 422.) (Court of Appeals of Alabama. May 13, 1924.) Appeal from Circuit Court, Tuscaloosa County; Fleetwood Rice, Judge. Assault and battery with weapon.

FOSTER, J. Appeal dismissed.

(101 So. 926)

Green TARVER v. STATE. (2 Div. 299.) (Court of Appeals of Alabama. Sept. 2, 1924.) Appeal from Circuit Court, Dallas County; S. F. Hobbs, Judge. Green Tarver was convicted of possessing a still, and he appeals. Affirmed.

Harwell G. Davis, Atty. Gen., and Lamar Field, Asst. Atty. Gen., for the State.

Counsel discuss the questions treated, but without citing authorities.

FOSTER, J. The appellant was convicted for having in possession a still to be used for manufacturing prohibited liquors. No exceptions were reserved to the admission of evidence. The only question raised in the record is the refusal of the court to give charge 2. This charge is covered by given charge 1 and the oral charge of the court. There is no error in the record. The judgment of the circuit court is affirmed. Affirmed.

(100 So. 926)

Fannie TATE v. STATE. (6 Div. 428.) (Court of Appeals of Alabama. June 3, 1924.) Appeal from Circuit Court, Jefferson County, Bessemer Division; J. C. B. Gwin, Judge. Murder in the second degree. Pinkney Scott, of Bessemer, for appellant. Harwell G. Davis, Atty. Gen., for the State.

SAMFORD, J. There is no bill of exceptions, and no errors apparent on the record and the judgment is affirmed. There is a motion to quash the venire, which was overruled, but there is nothing in the record to indicate that the venire is not in strict accord with the statute in such cases made and provided. Let the judgment be affirmed. Affirmed.

(100 So. 927)

Rufus TAYLOR v. CITY OF BIRMINGHAM. (6 Div. 566.) (Court of Appeals of Alabama. June 17, 1924.) Appeal from Circuit Court, Jefferson County; Richard V. Evans, Judge. Violating prohibition law.

BRICKEN, P. J. Appeal dismissed upon motion of appellant.

(104 So. 926)

Rufus TAYLOR v. STATE. (6 Div. 756.) (Court of Appeals of Alabama. June 9, 1925.) Appeal from Circuit Court, Tuscaloosa County; Henry B. Foster, Judge. Violating prohibition law.

SAMFORD, J. There is no bill of exceptions. Finding no error in the record, the judgment is affirmed.

(101 So. 926)

J. F. TAYLOR v. TOWN OF LUVERNE. (4 Div. 961.) (Court of Appeals of Alabama. Nov. 6, 1924.) Appeal from Circuit Court, Crenshaw County; A. E. Gamble, Judge.

PER CURIAM. Appeal dismissed, for want of prosecution.

(104 So. 926)

R. B. TENNISON v. State. (6 Div. 750.) (Court of Appeals of Alabama. May 12, 1925.) Appeal from Circuit Court, Pickens County; John McKinley, Judge. Carrying concealed pistol.

SAMFORD, J. There is no bill of exceptions, and, no error appearing on the record, the judgment is affirmed.

(104 So. 926)

R. B. TENNISON v. STATE. (6 Div. 751.) (Court of Appeals of Alabama. May 12, 1925.) Appeal from Circuit Court, Pickens County; John McKinley, Judge.

RICE, J. The defendant was convicted of trespass after warning, under section 5554 of the Code of 1923, and brings this appeal on the record proper, without bill of exceptions. There being no error apparent, the judgment appealed from is affirmed.